FILED
JAN 2 5 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNIE M. THOMAS,<br>on behalf of herself and a class,<br><br>         Plaintiff,<br><br>     v.<br><br>CAPITAL ONE AUTO FINANCE, INC., and<br>Z-FRANK, L.L.C.<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

06C 0463

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE SCHENKIER

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1. Plaintiff brings this action to secure redress for a course of conduct that included the accessing of consumer reports on plaintiff without plaintiff's consent or any lawful reason, in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331 and 1337 and 15 U.S.C. §1681p ("FCRA").

3. Venue in this District is proper in that defendants do business in this District and in that the mailings that gave rise to the violations of law complained of were directed to and received by plaintiff in this District.

### PARTIES

4. Plaintiff Annie Thomas is an individual who resides in the Northern District

1

of Illinois.

5. Defendant Z-Frank L.L.C., doing business as Z-Frank Chevrolet, is an Illinois corporation that operates an automobile dealership at 6060 North Western Avenue. Its registered agent and office is National Group Services Corp., 55 E. Monroe Street #4200, Chicago, IL 60603.

6. Defendant Capital One Auto Finance, Inc. is a Texas corporation that does business in Illinois. Its registered agent and office are Illinois Corporation Service Co., 801 Adlai Stevenson Dr., Springfield, Illinois 62703.

## FACTS

7. During the two years preceding the filing of this action, plaintiff Annie Thomas received the documents attached as Exhibit A via the United States mail.

8. Exhibit A states: "This 'prescreened' offer of credit is based on information in your credit report indicating that you meet certain criteria."

9. On information and belief, the quoted statements are true.

10. On information and belief, defendants engaged in or arranged for the "prescreening" of consumers based on information in consumer reports held by a consumer reporting agency.

11. Based on the results of such "prescreening," defendants sent or caused to be sent mailers in the form represented by Exhibit A to numerous consumers, including plaintiff.

12. Exhibit A is an example of a printed form document.

13. On information and belief, defendants approved and authorized the dissemination of material in the form represented by Exhibit A.

14. On information and belief, defendants obtained business as a result of the dissemination of mailers in the form represented by Exhibit A.

15. On information and belief, more than 200 mailers in the form represented by Exhibit A were sent to residents of Illinois.

16. On information and belief, defendants' "prescreening" was intended to identify persons who have poor credit or have recently obtained bankruptcy discharges, for the purpose of targeting them for subprime credit.

17. Plaintiff had not authorized defendants to access or use plaintiff's consumer reports.

18. Defendants had no reason to believe that plaintiff had authorized defendants or its agents to access plaintiff's consumer reports or use information therein.

19. Plaintiff did not initiate any transaction with defendants.

20. The FCRA, 15 U.S.C. §1681a(d), defines "consumer report" as follows:

**The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for--**

**(A) credit or insurance to be used primarily for personal, family, or household purposes; ...**

21. The FCRA, 15 U.S.C. §1681a(f), defines "consumer reporting agency" as:

**[A]ny person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any**

3

**means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.**

22. The FCRA, 15 U.S.C. §1681b, provides it is permissible to obtain or use a consumer report on a consumer only with the written consent of the consumer or for certain "permissible purposes," such as the extension of credit to, or review or collection of an account of, the consumer, employment purposes, the underwriting of insurance, or in connection with a business transaction that is initiated by the consumer, or to make a "firm offer of credit."

23. The requester must certify to the consumer reporting agency that a permissible purpose exists.

24. As noted, one "permissible purpose" is to extend a firm offer of credit or insurance to the consumer, even where this has not been requested by the consumer.

25. The sending of the material in Exhibit A does not constitute a permissible reason for anyone to access plaintiff's consumer report without plaintiff's consent.

26. The sending of Exhibit A does not qualify as a "firm offer of credit" within the meaning of the FCRA, justifying the obtention of a consumer report on a consumer, in that the purported offer (if one exists at all) is vague and totally lacking in terms. It has no value beyond a solicitation for business, the sending of which is not a permissible purpose for accessing a consumer report under U.S.C. § 1581b. Cole v. U. S. Capital, Inc., 389 F.3d 719 (7th Cir. 2004).

## VIOLATION ALLEGED

27. Defendants obtained or used, or caused to be obtained or used, the consumer report of plaintiff and every other person to whom Exhibit A was sent without their written permission or a "permissible purpose."

28. Defendants willfully violated the FCRA.

29. The FCRA, 15 U.S.C. §1681n, provides:

**§1681n. Civil liability for willful noncompliance**

**(a) In general. Any person who willfully fails to comply with any requirement imposed under this title [15 USC §§1681 et seq.] with respect to any consumer is liable to that consumer in an amount equal to the sum of–**

**(1)**

**(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $ 100 and not more than $ 1,000; or**

**(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $ 1,000, whichever is greater;**

**(2) such amount of punitive damages as the court may allow; and**

**(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court. . . .**

30. The FCRA, 15 U.S.C. §1681p, provides:

**§1681p. Jurisdiction of courts; limitation of actions**

**An action to enforce any liability created under this title [15 USC §§1681 et seq.] may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within two years from the date on which the liability arises, except that where a defendant has materially and willfully misrepresented any information required under this title [15 USC §§1681 et seq.] to be disclosed to an individual and the information so misrepresented is material to the establishment of the defendant's liability to that individual under this title [15 USC §§1681 et seq.], the action may be brought at any time within two years after discovery by the individual of the misrepresentation.**

## CLASS ALLEGATIONS

31. This claim is brought on behalf of a class, consisting of (a) all persons with Illinois addresses (b) to whom defendants sent or caused to be sent material in the form represented by Exhibit A (c) advertising a Pre-Approval Event at Z-Frank Chevrolet (d) where Capital One Auto Finance is involved (e) on or after a date two years prior to the filing of this action and (f) before 20 days after the filing of this action and (g) who did not obtain credit in response thereto.

32. According to Exhibit A, the consumer report of each such individual was accessed.

33. The class is so numerous that joinder of all members is impracticable.

34. Exhibit A represent a form document.

35. There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The predominant common question is whether obtaining a consumer report for the purpose of transmission of the material in Exhibit A violates the FCRA.

36. Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual issues.

37. Plaintiff will fairly and adequately represent the members of the class. Plaintiff has retained counsel experienced in the prosecution of similar claims.

38. A class action is superior for the fair and efficient prosecution of this litigation. Classwide liability is essential to cause defendant to stop its improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiff request that the Court enter judgment in plaintiff's favor and in favor of the class for:

    a. Appropriate statutory damages;

    b. Injunctive relief against further violations;

    c. Attorney's fees, litigation expenses and costs of suit;

    d. Such other or further relief as is appropriate.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

j:\case\capital15.651\pleading\cmplt.wpd

# EXHIBIT A

**CapitalOne | auto finance®** *Pre-Approval Event*
# VOUCHER
This weekend at Z-Frank Chevrolet

Annie M. Thomas

(REDACTED)

|..|.|..||..||..|.|..|||

Call Toll Free 1-800-685-9508
Personal Approval Code 959686256
Pre-Approved Financing Amount:

$ _____

*NO MONEY DOWN*

Dear Annie Thomas,

I'd like to put you behind the wheel of a new car this weekend. That's why I'm inviting you to a special Pre-Approval Event at Z-Frank Chevrolet that starts Friday November 4th. Capital One Auto Finance has partnered with this dealership and pre-approved you for this offer of **up to $25,000 with NO MONEY DOWN.**

Don't miss this limited-time opportunity that offers:

**Convenience** - You're pre-approved for this offer so there is no need for dealer credit applications.
**Choice** - Pick from many makes and models, including new and used trucks and SUVs.
**Confidence** - We've put more than 1 million people in new cars, and you could be next!

Just follow these simple steps to confirm your pre-approved financing amount:

1. Call toll free 1-800-685-9508.
2. Key in your Personal Approval Code: 959686256.
3. Write down your pre-approved financing amount on the voucher above.
4. Bring this letter (along with a current phone bill and a recent paycheck stub*) to the dealership during this weekend's event.

Annie, we look forward to seeing you this weekend.

Sincerely,

*Perry Freeman*
Perry Freeman
Senior Vice President, Marketing
Capital One Auto Finance

**Pre-Approval Event Dates:**
Friday, November 4th through Monday, November 7th

Z-Frank Chevrolet
6060 North Western Avenue
Chicago, IL 60659

If you'd like a VIP appointment, call 773-465-2000 or 1-800-287-8230 and ask for Abe or Terry

*See reverse for important information regarding this offer.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-5-OPT-OUT. See *PRESCREEN & OPT-OUT NOTICE* on reverse under Important Information for more information about prescreened offers.

## DRIVE HOME IN A NEW CAR TODAY!

**BRING THESE ITEMS TO THE DEALER:**
- This letter
- Current Phone Bill (for address verification)
- Recent Paycheck Stub*
  (Minimum monthly income of $1,500 is required.)

**WE ALSO RECOMMEND BRINGING:**
- Proof of Full Coverage Insurance
- Current Driver's License
- Title or Payment Book for Trade-In

### YOU HAVE BEEN PRE-APPROVED FOR THIS OFFER.

## Event Participation Form

**1 BUYER INFORMATION**

Name (First, M.I., Last) | Social Security # | Date of Birth | Home Phone Number
Current Street Address | City | State | ZIP
Housing Status — Check One: ☐ Own ☐ Rent ☐ Other | Monthly Payment $ | How Long at Current Address (yrs) (mos)
Previous Address (If less than one year at current address) | City | State | ZIP | How Long at Previous Address (yrs) (mos)
Employer | Work Phone Number ( ) | Monthly Income† $ | Length of Employment (yrs) (mos)

**CO-APPLICANT** Note: Please add a co-applicant only if you need to list additional income information. The addition of a co-applicant may negate the pre-approval status of this offer.

Name (First, M.I., Last) | Social Security # | Date of Birth | Home Phone Number
Current Street Address | City | State | ZIP
Housing Status — Check One: ☐ Own ☐ Rent ☐ Other | Monthly Payment $ | How Long at Current Address (yrs) (mos)
Previous Address (If less than one year at current address) | City | State | ZIP | How Long at Previous Address (yrs) (mos)
Employer | Work Phone Number ( ) | Monthly Income† $ | Length of Employment (yrs) (mos)

**2 PLEASE SIGN HERE**

I/We certify that the information provided is complete and accurate. I/We authorize Capital One Auto Finance® to obtain a copy of my/our credit bureau report and to release information about its credit experience with me/us.

Buyer Signature X _____ Date / /
Co-Buyer Signature X _____ Date / /

†Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this loan.

**DEALERSHIP USE ONLY**

Contact Name | Phone Number ( ) | Dealership Name

**IMPORTANT INFORMATION:**

APPLICANT REQUIREMENTS: You must be at least 18 years of age. This offer is nontransferable. Minimum monthly income of $1,500 is required. Applicants cannot be in open bankruptcy. Applicants must have a valid street address within the United States at the time of application. APO, FPO and P.O. Boxes are not eligible for this offer.

ABOUT THE OFFER: Total amount financed must be at least $10,000. May need to trade in current vehicle to close existing loan in order to be eligible to finance another vehicle. Payment to income restrictions apply. Vehicles must be owned and maintained in the United States. Term/Mileage restrictions apply – see dealership for details. Offer is valid for all models (model year within last 6 years) excluding Daewoo, Oldsmobile, Kia, Suzuki, Mitsubishi and discontinued vehicle lines. Offer not valid for motorcycles, RVs, mobile homes, commercial vehicles and boats.

*If self-employed, please provide the last two years of completed federal tax returns. If most recent paycheck stub is based on the first 90 days or less of employment or fiscal year, income calculation will include base pay only, excluding any overtime, bonus or commissions. A year-end paycheck stub or W-2 may be required if you wish to prove this additional income.

All financing is provided by Capital One Bank and serviced by Capital One Auto Finance, Inc. ©2005 Capital One Services, Inc. Capital One and Capital One Auto Finance are federally registered service marks. All rights reserved.

**PRESCREEN & OPT-OUT NOTICE:** This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria, including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll-free, 1-888-5-OPT-OUT (1-888-567-8688); or write them individually at: Experian Target Marketing, P.O. Box 919, 701 Experian Parkway B2, Allen, TX 75013; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123; Trans Union Corporation, Attn: Marketing Opt Out, P.O. Box 97328, Jackson, MS 39288-7328.